10:20 A
10/28, 20 14

BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.: 1:14-CR-1 (WLS) |
| VS. : | |
| : | Counts 1-30, 34, 57 |
| _Shawn McCarty_ : | |
| Defendant : | |

### P L E A

I, __Shawn McCarty__, having been heretofore advised of my legal and constitutional rights and having had the charges herein stated to me, plead **NOT GUILTY** in open court, this __28TH__ day of __October__, 2014.

_Shawn McCarty_
DEFENDANT

_W. d. Salle III_ #283170
ATTORNEY FOR DEFENDANT

_[signature]_
ASSISTANT UNITED STATES ATTORNEY